**Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00670-CV

### BARBARA GALDIN, Appellant

### V.

### MAR DEL SOL APTS, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1064165**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 27, 2015. The notice of appeal was filed July 31, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On September 18, 2015, this court ordered appellant to pay the appellate filing fee on or before October 6, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.